IN THE MATTER OF THE PETITION OF WALTER C.
KEOGH-DWYER, CANDIDATE FOR GENERAL ASSEM-
BLY OF THE FIFTEENTH DISTRICT.

Argued October 14, 1969—Decided October 14, 1969.

*Mr. Walter C. Keogh-Dwyer* argued the cause *in propria
persona.*

*Mr. Wesley L. Lance* argued the cause for respondent
Walter E. Foran.

*Mr. Emanuel A. Honig* argued the cause for respondent
Robert E. Littell.

PER CURIAM. The judgment is affirmed substantially for
the reasons given by the trial court. No costs in any Court.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—NONE.